# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CRIMINAL NO. EP-20-CR-2217-KC** |
| § | |
| **ALFREDO LOPEZ,** § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the properties described below and the violations of Title 21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(1)(H), by virtue of Defendant ALFREDO LOPEZ's Plea Agreement and the factual basis contained therein. The Court further finds that the Defendant has an interest in the properties described below and does hereby GRANT said Motion.

IT IS THEREFORE ORDERED that all right, title, and interest of Defendant ALFREDO LOPEZ in the properties described below, to wit:

1. 2015 Ford Explorer, VIN#: 1FM5K7F89FGC69454; and
2. $11,685.00, more or less, in United States currency,

hereinafter referred to as the "Subject Personal Properties" be, and hereby is, forfeited to the United States of America; and

IT IS FURTHER ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and

IT IS FURTHER ORDERED that the United States Customs and Border Protection, Office of Fines, Penalties, and Forfeitures, shall dispose of the Subject Personal Properties in accordance with law; and

IT IS FURTHER ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 48) entered on April 23, 2021, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this 10th day of August, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE